SEALED

1  PHILLIP A. TALBERT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

OCT 10 2017

CLERK, U.S. DIST...
EASTERN DISTRICT...
BY

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF THE          CASE NO. 2:17SW0882 DB
    RESIDENCE LOCATED AT 6660 GRIZZLY
12  FLAT ROAD, SOMERSET, CALIFORNIA, AS
    FURTHER DESCRIBED IN ATTACHMENT           [PROPOSED] SEALING ORDER
13  A-1

14                                            UNDER SEAL

15

16                        S E A L I N G   O R D E R

17      Upon Application of the United States of America and good cause having been shown,

18      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19  SEALED until further order of this Court.

20

21  Dated: Oct. 10, 2017

22                                            Hon. Deborah L. Barnes
                                              United States Magistrate Judge
23

24

25

26

27

28

SEALING ORDER                              1