| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | TIMOTHY H. DELGADO |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

FILED

OCT 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A SEARCH WARRANT CONCERNING: | CASE NO. 2:17-SW-0882-DB |
| | ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| THE RESIDENCE LOCATED AT 6660 GRIZZLY FLAT ROAD, SOMERSET, CALIFORNIA, AS FURTHER DESCRIBED IN ATTACHMENT A-1. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 10-13-17

_____
Hon. Deborah L. Barnes
United States Magistrate Judge

ORDER TO UNSEAL SEARCH WARRANT